UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BOERMA,

    Plaintiff,

v.

    CASE NO. 1:19-CV-829

    HON. ROBERT J. JONKER

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered today, the federal claims are **DISMISSED WITHOUT PREJUDICE** for lack of an Article III case or controversy. The Court declines to exercise supplemental jurisdiction on Plaintiff's state law claims. Accordingly, these claims are **DISMISSED WITHOUT PREJUDICE.**

Dated:  February 19, 2020          /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   CHIEF UNITED STATES DISTRICT JUDGE